IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL TAYLOR,

   Plaintiff,

  v.

EXPERIAN INFORMATION
SOLUTIONS, INC.,

   Defendant.

CIVIL ACTION FILE

NO. 1:11-CV-1019-AT-GGB

## ORDER REGARDING PROPOSED CONFIDENTIALITY ORDER

This case is before the Court on the parties' proposed stipulated Confidentiality Order regarding confidential information, material, documents, and testimony [Doc. 15-1].

The proposed Confidentiality Order appearing reasonable, the Court hereby **GRANTS** the parties' joint motion [Doc. 15] and **ADOPTS** the proposed stipulated Confidentiality Order [Doc. 15-1], with the exception that the Court **DIRECTS** that the following change be included:

In lieu of the proposed language, Paragraph 4 should read:

"In the event that a party wishes to use any designated 'Confidential' or 'Confidential–Attorneys' Eyes Only' information in any paper filed in this litigation, the party shall first submit a motion to the Court requesting permission to file such paper (or part thereof containing the

Confidential or Confidential–Attorneys' Eyes Only information) under seal, and showing good cause for sealing.  No Confidential or Confidential– Attorneys' Eyes Only information shall be filed under seal unless a court order has first been obtained."

**IT IS SO ORDERED**, this 16th day of November, 2011.

_Gerrilyn G. Brill_
**GERRILYN G. BRILL**
**UNITED STATES MAGISTRATE JUDGE**

2